TO BE PUBLISHED

# Supreme Court of Kentucky

2024-SC-0082-KB

IN RE: COLIN DOAN EDMUNDSON

IN SUPREME COURT

## **OPINION AND ORDER**

Pursuant to SCR[1] 3.167(1), the Kentucky Bar Association (KBA) has petitioned this Court to enter an order indefinitely suspending Respondent, Colin Doan Edmundson, from the practice of law in the Commonwealth of Kentucky. The KBA asserts Edmundson has failed to file an answer to a Charge as required by SCR 3.164. Edmundson was admitted to the practice of law in the Commonwealth on May 7, 2020, his KBA number is 98735, and his bar roster address is 908 Minoma Avenue, Louisville, Kentucky 40217. He has no prior disciplinary history but is currently suspended for failing to comply with the Continuing Legal Education requirements as set forth in SCR 3.645.

Edmundson was appointed as the Guardian ad Litem in three cases in Jefferson Family Court which involved Brad Simpson as a biological father. On June 7, 2023, Edmundson filed an incomplete one-page motion to suspend all visitation between Simpson and his children. In support of the motion,

---

[1] Rules of the Supreme Court.

Edmundson stated, "At the outset of this case, Respondent Father had a nonexistent[.]" Nothing else was offered in support. Edmundson subsequently mailed a copy of the order granting the motion to Simpson and thereafter failed to respond to any of Simpson's phone calls or emails.

Simpson, who had, in fact, been active in his children's lives, filed a Bar Complaint which was served by certified mail on July 13, 2023. Edmundson contacted Bar Counsel on July 17, 2023, to determine if a response to the Complaint was necessary. No response was forthcoming. Bar Counsel then attempted to have Edmundson served by a Jefferson County Constable. The Constable was unable to locate Edmundson at his bar roster address and was told Edmundson did not maintain an office at that location. The Constable ultimately contacted Edmundson by text message and personally served him on September 9, 2023, at the Jefferson County Courthouse. No answer was filed, prompting the Inquiry Commission to issue a formal Charge on December 20, 2023. Edmundson was personally served by the Jefferson County Sheriff's Office on January 25, 2024. He failed to file an answer to the Charge.

Edmundson has not participated in the Complaint stage or the formal Charge stage of these disciplinary proceedings. Due to Edmundson's failure to timely respond, the KBA requests this Court indefinitely suspend him pursuant to SCR 3.167(1). Upon examination of the KBA's petition and supporting documents, we agree Edmundson's conduct warrants suspension.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

1. Respondent, Colin Doan Edmundson, is indefinitely suspended from

2

the practice of law in the Commonwealth of Kentucky, pursuant to SCR 3.167(1);

2. As required by SCR 3.390(2), Edmundson will, within twenty (20) days after the issuance of this order of suspension, notify by letter duly placed with the United States Postal Service, all courts or other tribunals in which he has matters pending of his suspension. Further, he will inform by mail all of his clients of his inability to represent them and of the necessity and urgency of promptly retaining new counsel. Edmundson shall simultaneously provide a copy of all such letters of notification to the Office of Bar Counsel. Edmundson shall immediately cancel any pending advertisements, to the extent possible, and shall terminate any advertising activity for the duration of the term of suspension.

3. As stated in SCR 3.390(1), this order shall take effect on the twentieth day following its entry. Edmundson is instructed to promptly take all reasonable steps to protect the interests of his clients. He shall not during the term of suspension accept new clients or collect unearned fees and shall comply with the provisions of SCR 3.130(7.50)(5).

All sitting. VanMeter, C.J.; Bisig, Conley, Nickell, and Thompson, JJ., concur. Keller and Lambert, JJ., would issue a show cause order directing Edmundson to state why he should not be indefinitely suspended pursuant to SCR 3.167.

ENTERED: June 13, 2024.

_____
CHIEF JUSTICE

4